IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER SELKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-02847-JRS-TAB ) |
| PENSKE TRUCK LEASING, | ) ) |
| Defendant. | ) |

> Dismissal with prejudice acknowledged.
> JRS, DJ, 12/16/2020
> Distribution to all parties of record via CM/ECF.

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of this lawsuit, costs paid.

Dated: December 15, 2020

Respectfully Submitted,

*/s/ Tiffany Ruth Guthrie (w/ permission)*
Darron S. Stewart
Tiffany Ruth Guthrie
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Telephone: (317) 846-8999
Facsimile: (317) 843-1991
*darron@getstewart.com*
*tiffany@getstewart.com*

**ATTORNEYS FOR PLAINTIFF**

*/s/ Kenneth B. Siepman*
Kenneth B. Siepman, Attorney No. 15561-49
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*kenneth.siepman@ogletree.com*

**ATTORNEYS FOR DEFENDANT**

45146747.1